UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert J Banks

(Enter above the full name of
plaintiff in this action)

CIVIL CASE NO: 1:20-CV-1342
(to be supplied by Clerk
of the District Court)

v.

Lebanon County PA
Lebanon County Correction

(Enter above the full name of
the defendant(s) in this action)

FILED
HARRISBURG, PA

AUG 03 2020

PER _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff Robert J Banks a citizen of the County of Philadelphia State of Pennsylvania, residing at Philadelphia PA wishes to file a complaint under Civil Rights Violation (give Title No. etc) False Arrest False Confinement

2. The defendant is Lebanon County PA Lebanon County Corrections

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) I was arrested for wire harassment. Which is a class "C" felony. A fine not imprisonment on top of that. I was not "guilty" I was living in Las Vegas the victim lived in Harrisburg. She was in no danger no immediate or eminent harm therefore you have no probable cause. No probable cause no case, I never should have been "arrested"

4. WHEREFORE, plaintiff prays that I want this case ex knowledge for what it is false arrest and dismiss without predjuice. All claims are mute. Arresting officer and public defender fired. Tort to be paid for cruel and unusal punishment. 8TH amendment I would like to have this issue resolved

Robert J Banks
(Signature of Plaintiff)

Robert Banks
605 W. Beaver St
Beaver Street Apt 312
Jacksonville Fla
32202

RECEIVED
HARRISBURG, PA
AUG 03 2020
PER _____ DEPUTY CLERK

Office of Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
PO Box 983
Harrisburg PA 17108

17108-098383