# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT J. BANKS,** | : | |
|     Plaintiff | : | No. 1:20-cv-01342 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **LEBANON COUNTY PA, <u>et</u> <u>al</u>.,** | : | (Magistrate Judge Schwab) |
|     Defendants | : | |

## ORDER

Before the Court in the above-captioned action is the December 21, 2020 Report and Recommendation of Magistrate Judge Schwab (Doc. No. 6), recommending that the Court dismiss with prejudice Plaintiff Robert J. Banks ("Plaintiff")'s complaint in the above-captioned case because it is barred by <u>res judicata</u> and further, fails to state a claim upon which relief may be granted.[1]  No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 8th day of January 2021, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 6) of Magistrate Judge Schwab;

2. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                       s/ Yvette Kane
                                       Yvette Kane, District Judge
                                       United States District Court
                                       Middle District of Pennsylvania

---

[1] Magistrate Judge Schwab's Report and Recommendation acknowledges that before dismissing a complaint under the screening provisions of 28 U.S.C. § 1915, the Court must grant the plaintiff leave to amend his complaint unless amendment would be inequitable or futile.  <u>See</u> <u>Grayson v. Mayview State Hosp.</u>, 293 F.3d 103, 114 (3d Cir. 2002).  Here, leave to amend would be futile because this action is barred by <u>res judicata</u>.